IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JOHN LaPOINTE, | CASE NO. 3:08-cv-225-LRH-RAM |
| Plaintiff, vs. | STIPULATION TO AMEND ANSWER TO COMPLAINT, CROSS CLAIM AND COUNTERCLAIM FOR INTERPLEADER [F.R.Civ.P. 15(a)] AND ORDER |
| THE ELECTRICAL WORKERS PENSION TRUST FOR NORTHERN NEVADA; THE TRUSTEES of the ELECTRICAL WORKERS PENSION TRUST FOR NORTHERN NEVADA, FRAN McDERMOTT, MATT FRAZER, ROBERT MUELLER, STEVEN COMBS, RAOUL DOUCETTE and JOHN SEYMOUR; and DOES 1-100 | COMPLAINT FILED: 04/28/08 |
| Defendants. | |

THE TRUSTEES of the ELECTRICAL WORKERS PENSION TRUST FOR NORTHERN NEVADA, FRAN McDERMOTT, MATT FRAZER, ROBERT MUELLER, STEVEN COMBS, RAOUL DOUCETTE and JOHN SEYMOUR,

    Defendants, Counterclaimants,
    And Cross-Claimants

LaPointe v. Trustees  – Stipulation to Amend –  Case No. 3:08-cv-225 LRH-RAM

1  vs.

2  JOHN P. BYRNE, JAMES LEONARD, TED
   HERZCHEL, and GENE MOWREY, individually
3  and as class representatives,
               Cross-Defendants
4  _____/

5       The parties hereto, Defendants, Counterclaimants, and Cross-Claimants THE

6  ELECTRICAL WORKERS PENSION TRUST FOR NORTHERN NEVADA; THE

7  TRUSTEES of the ELECTRICAL WORKERS PENSION TRUST FOR NORTHERN

8  NEVADA, FRAN McDERMOTT, MATT FRAZER, ROBERT MUELLER, STEVEN

9  COMBS, RAOUL DOUCETTE and JOHN SEYMOUR and Plaintiff/Counter-defendant JOHN

10 LAPOINTE having answered the Counter-claim heretofore filed, through their respective

11 counsel, hereby stipulate that Defendants may amend their answer and counter-claim.

12

13 DATED: July 9, 2008          /s/ Mark H. Lipton
                                MARK H. LIPTON, ESQ.
14

15 DATED: July 8, 2008          /s/Nathan Jenkins, Esq.
                                NATHAN JENKINS, ESQ.
16

17                    **IT IS SO ORDERED**
18

19 DATED this 10th day of July, 2008.
20
                                  _____
21                                LARRY R. HICKS
                                  UNITED STATES DISTRICT JUDGE
22

28 LaPointe v. Trustees – Stipulation to Amend – Case No. 3:08-cv-225 LRH-RAM