JENKINS & CARTER
ATTORNEYS AT LAW
501 Hammill Lane
Reno, Nevada 89511-1004
(775) 829-7800  Fax (775) 829-0511

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JOHN LAPOINTE; JOHN P. BYRNE; TED J. HERZCHEL; GENE MOWREY; AND JAMES LEONARD, <br><br> Plaintiffs, <br><br> vs. <br><br> The ELECTRICAL WORKERS PENSION TRUST FOR NORTHERN NEVADA; THE TRUSTEES of the ELECTRICAL WORKERS PENSION TRUST FOR NORTHERN NEVADA, FRAN McDERMOTT, MATT FRAZER, ROBERT MUELLER, STEVEN COMBS, RAOUL DOUCETTE, and JOHN SEYMOUR; and DOES 1 -100; <br><br> Defendants. <br> ──────────────────────────── / <br> AND RELATED ACTIONS <br> ──────────────────────────── / | Case No. 3:08-cv-00225-LRH-RAM <br><br> **ORDER GRANTING JOINT MOTION FOR CONDITIONAL CERTIFICATION OF CLASS, PRELIMINARY APPROVAL OF CLASS SETTLEMENT AGREEMENT, AND APPROVAL OF NOTICE TO CLASS MEMBERS** |

This matter comes before the Court on the Joint Motion for Conditional Certification of Class, Preliminary Approval of Class Settlement Agreement, and Approval of Notice to Class

1

Members (#38) (the "Motion") filed by Plaintiffs John LaPointe, John P. Byrne, James Leonard, Ted J. Herzchel, and Gene Mowrey (collectively, "Plaintiffs") and Defendants The Electrical Workers Pension Trust for Northern Nevada (the "Trust"), and the Trustees of the Electrical Workers Pension Trust for Northern Nevada, Fran McDermott, Matt Frazer, Robert Mueller, Steven Combs, Raoul Doucette, and John Seymour (collectively, "Defendants"). Plaintiffs appeared by and through their counsel, Nathan M. Jenkins, Esq. and Jerry C. Carter, Esq., of Jenkins & Carter, Jonathan J. Whitehead, Esq., of Whitehead & Whitehead, and Joseph A. Garofolo, Esq., of ERISA Law Partners, LLP. Defendants appeared through their counsel, Jeffrey N. Clayton, Esq., of Callister, Nebeker & McCullough, and Mark H. Lipton, Esq., of Neyhart, Anderson, Flynn & Grosboll. The Court has reviewed and considered the moving papers and exhibits thereto. In addition, the Court considered the evidence and argument of the parties. Based upon said consideration, and for the reasons set forth below and during the October 15, 2009 hearing, it is:

ORDERED that the Motion is granted, and:

(1) This action brought under the Employee Retirement Income Security Act of 1974, as amended ("ERISA"), is conditionally certified as a class action under Fed. R. Civ. P. 23(b)(1) and Fed. R. Civ. P. 23 (e);

(2) The class of persons described in paragraph 24 of Plaintiffs' First Amended Complaint is hereby conditionally certified as the Class pursuant to Fed. R. Civ. P. 23(b)(1);

(3) The "Class" is defined as all persons living as of December 31, 2008 who are vested annuitants, joint and survivor annuitants, defined contribution plan participants, and /or former defined contribution plan participants of the Trust, or their designated beneficiaries if such vested annuitants, joint and survivor annuitants, defined contribution plan participants, and/or former defined contribution plan participants of the Trust are deceased on or after December 31, 2008; however, the Class does not include any individual on whose behalf all contributions made to the Trust were transferred to another ERISA trust pursuant to a reciprocity agreement;

(4) The named Plaintiffs, John LaPointe, John P. Byrne, James Leonard, Ted J.

Herzchel, and Gene Mowrey, are hereby conditionally certified as representatives of the Class and their counsel of record is hereby certified as counsel for the Class;

(5)   The proposed Class Action Settlement Agreement attached to the Motion as Exhibit A is preliminarily approved as it is within the range of possible approval sufficient to warrant the conditional certification of the settlement Class, the scheduling of the final approval hearing, and the circulation of notice to the Class, each as provided for in this Order, and, further, it appears to have been achieved in good faith after arms-length negotiations;

(6)   The form of the Notice of Proposed Class Action Settlement (the "Notice") attached to the Motion as Exhibit B is hereby approved, as revised to reflect the final hearing date and other dates set forth below, and the Trust is authorized and directed to mail the Notice to all members of the Class; and

(7)   The Trust shall mail the Notice to Class members via first class mail on or before November 6, 2009. The last day for filing objections to the Motion shall be January 15, 2010. The moving papers in support of final approval of the settlement and application for attorneys' fees and costs and incentive awards shall be filed on or before January 25, 2010. A final approval hearing on the Motion is set for February 25, 2010, at the time of 9:30 a.m.

DATED: October 20, 2009.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

SUBMITTED October _19_, 2009

**JENKINS & CARTER**

By: _____
Nathan M. Jenkins, Esq.
Jerry C. Carter, Esq.
Counsel for Plaintiffs

3

(Approve) / Disapprove

**WHITEHEAD & WHITEHEAD**

By: /s/ Jonathan J. Whitehead
  Jonathan J. Whitehead, Esq.
  and
  **ERISA LAW PARTNERS, LLP**
  Joseph A. Garofolo, Esq.
  Counsel for Plaintiffs

(Approve) / Disapprove

**CALLISTER NEBEKER & McCULLOUGH**

By: /s/ Jeffrey N. Clayton
  Jeffrey N. Clayton, Esq.
  and
  **NEYHART, ANDERSON, FLYNN & GROSBOLL**
  Mark H. Lipton, Esq.
  Counsel for Defendants